United States District Court
Southern District of Texas
**ENTERED**
June 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERT PENA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-0709 |
| | § | |
| CONN APPLIANCES, INC., | § | |
| Defendant. | § | |

## ORDER

Pursuant to the parties' Stipulation to Arbitration [Doc. # 7], it is hereby

**ORDERED** that this case is **STAYED AND ADMINISTRATIVELY CLOSED** pending the completion of the parties' binding arbitration. It is further

**ORDERED** that the parties shall file a written status report on **November 15, 2016**, and every four (4) months thereafter until such time as the arbitration is completed. At that time, the parties shall file either an agreed judgment or a motion to reinstate the case on the Court's active docket.

SIGNED at Houston, Texas, this 28th day of **June, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE